# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sharal McDowell ,

    Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                              3:11-cv-652

Michael J. Astrue ,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2012 Order.

                                                   Signed: September 28, 2012

                                                   Frank G. Johns, Clerk
                                                   United States District Court